COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00381-CR |
| Style: | Juan Jose Garcia v. The State of Texas |
| Date motions filed*: | September 4 and 6, 2018 |
| Type of motion: | Motions for Access to Appellate Record for Pro Se Anders Response |
| Party filing motions: | Pro Se Appellant Juan Jose Garcia |
| Document to be filed: | Appellant's Notice to Appellant |

Is appeal accelerated?  No.

Ordered that motion is:

☐ Granted

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☑ Other: _____

This Court's August 31, 2018 Memorandum Opinion and Judgment dismissed this appeal for want of jurisdiction as untimely.  Thus, appellant's pro se motions for access to the appellate record are **dismissed as moot**.  Appointed counsel still has a duty to inform appellant of the result of this appeal by sending a copy of this Court's Opinion and Judgment and this Order to appellant and informing him that he may, on his own, pursue discretionary review or a writ of habeas corpus for an out-of-time appeal in the Texas Court of Criminal Appeals.  *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).  Attorney Joseph Kyle Verret also must comply with his notification obligations by mailing a copy of the appellate records to the pro se appellant and filing a copy of that notice with the Clerk of this Court **within 10 days** of the date of this Order.  *See* TEX. R. APP. P. 6.5(c).

Judge's signature: /s/ Laura C. Higley

☑ Acting individually     ☐ Acting for the Court

Date:  September 13, 2018